IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARVIN and**                                                                                                 **PLAINTIFFS**
**BRENDA POINTER**

**v.**                            **CASE NO. 4:24-CV-00291-BSM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE